UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY JOSEPH PASCUZI,

               Plaintiff,

v.

JEFFREY A. UTTECHT,

               Defendant.

Case No. 3:18-cv-05299-RJB-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S APPLICATION TO PROCEED INFORMA PAUPERIS

THE COURT, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke (Dkt. 4), objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. 4);

(2)     Plaintiff's application to proceed *in forma pauperis* (Dkt. 3) is DENIED. Plaintiff is directed to pay the $5.00 filing fee within thirty (30) days of this Order.

(3)     The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 18th day of May, 2018.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION
TO DENY PLAINTIFF'S APPLICATION TO PROCEED
INFORMA PAUPERIS - 1